**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WIRTGEN AMERICA, INC., <br> a Tennessee Corporation, <br> 6030 Dana Way <br> Antioch, TN 37013-3116, <br><br>           Plaintiff, <br><br>           v. <br><br> UNITED STATES OF AMERICA, <br><br> DEPARTMENT OF HOMELAND SECURITY, <br> 245 Murray Lane, S.W. <br> Washington, D.C. 20528, <br><br> U.S. CUSTOMS AND BORDER PROTECTION, <br> 1300 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20229, <br><br> CHAD F. WOLF, <br> DEPARTMENT OF HOMELAND SECURITY, <br> 245 Murray Lane, S.W. <br> Washington, D.C. 20528, <br><br> MARK A. MORGAN, <br> U.S. CUSTOMS AND BORDER PROTECTION, <br> 1300 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20229, <br><br> JUAN J. PORRAS, <br> U.S. CUSTOMS AND BORDER PROTECTION, <br> 109 Shiloh Dr. Suite 300 <br> Laredo, TX 78045, <br><br> CHARLES STEUART <br> U.S. CUSTOMS AND BORDER PROTECTION, <br> 90 K Street, N.E. <br> Washington, D.C. 20229. <br><br>           Defendants. | Case No. _____ <br><br><br><br><br><br><br><br><br><br><br><br> **CERTIFICATION OF COUNSEL** <br> **PURSUANT TO LCvR 65.1(a)** |

Pursuant to LCvR 65.1(a), I hereby certify that on this 24th day of January, 2020, I caused true and correct copies of the Plaintiff's Complaint, Civil Cover Sheet, Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum of Points and Authorities in Support of Motion for Temporary Restraining Order and Preliminary Injunction, and all supporting declarations and papers to be (1) delivered by hand, (2) delivered by overnight delivery, and (3) delivered by registered mail to the Defendants in the above-captioned action, and to the United States Attorney for the District of Columbia, at the following addresses:

| | |
|---|---|
| The Honorable William P. Barr<br>U.S. Attorney General<br>Office of the Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001 | Juan J. Porras,<br>U.S. Customs And Border Protection,<br>109 Shiloh Dr. Suite 300<br>Laredo, TX 78045 |
| The Honorable Jessie K. Liu<br>U.S. Attorney for the District of Columbia<br>Judiciary Center Building<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530 | The Honorable Mark A. Morgan,<br>U.S. Customs And Border Protection,<br>1300 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20229 |
| The Honorable Chad Wolf<br>U.S. Department of Homeland Security<br>245 Murray Lane, S.W.<br>Washington, D.C. 20528 | Charles Steuart<br>c/o Office of Chief Counsel<br>U.S. Customs And Border Protection,<br>1300 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20229 |

In addition, at my direction, my colleague Mr. Dallin Glenn, provided notice to Defendants at the time of the making of Plaintiff's TRO and preliminary injunction motion. Specifically, Mr. Glenn provided notice on January 24, 2020 at 10:39 a.m. by leaving a voicemail message with Mr. Charles Steuart, U.S. Customs and Border Protection, and by following up with an email to Mr. Steuart at 12:01 p.m. informing him of the same and requesting confirmation of receipt.

Further, Mr. Glenn informed Mr. Steuart that several filings accompanying the TRO motion are confidential and should be treated as such. The confidential documents are labeled "DOCUMENT UNDER SEAL" pending the Court's decision on Plaintiff's motion for leave to file documents under seal.

At 1:06 p.m., Mr. Steuart sent an email to Mr. Glenn confirming receipt of actual notice that Plaintiff will be filing today a motion for temporary restraining order and preliminary injunction that include confidential information. Mr. Steuart requested courtesy electronic copies of all filings, and requested the papers be served on the Office of Chief Counsel, U.S. Customs and Border Protection, Ronald Reagan Building, 1300 Pennsylvania Avenue, NW.

Thus, I will send a courtesy copy of all filings to Mr. Steuart by email today before 4:00 p.m., in addition to serving all papers at the address requested by Mr. Steuart.

Dated: January 24, 2020

_____
Daniel E. Yonan (D.C. Bar No. 473390)